**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAY PACE, | ) | No. CV 08-8001-CW |
| | ) | |
|         Petitioner, | ) | JUDGMENT |
| | ) | |
|     v. | ) | |
| | ) | |
| MICHAEL L. BENOV (Warden), | ) | |
| | ) | |
|         Respondent. | ) | |
| | ) | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED:  March 2, 2009

                              /s/
                                 CARLA M. WOEHRLE
                        United States Magistrate Judge